

**RONALD D. WEISS, P.C.**
ATTORNEYS AT LAW

445 Broadhollow Road, Suite CL-10, Melville, New York 11747
phone: (631)271-3737 • fax: (631)271-3784
email: weiss@fresh-start.com

November 18, 2024

<u>**via ECF**</u>
Judge Cecelia G. Morris
United State Bankruptcy Court
Southern District of New York – White Plains Division
300 Quarropas Street, Courtroom 621
White Plains, New York 10601

        Re: George Hetschinof
        Case No.: 24-22682-cgm
        ***Order to Show Cause Directing Mr. Weiss's Appearance***

Dear Honorable Judge Morris:

    We are reaching out in a moment a need seeking some lienancy from the Court. Our office has befallen several tragedies over the past couple of weeks. Mr. Weiss's spouse is unwell and requires constant medical care at the moment and he cannot leave her side, our bankruptcy associate Mr. Scott Dillon was in an auto accident and still remains in a medical facility, and over the weekend we lost a dear member of our staff, Attorney Marc Daniels.

    Given these events, we respectfully request an associate of our firm, Rosemarie Klie, Esq., be granted permission to appear on behalf of the firm and Mr. Weiss. We understand the importance of adhering to Orders and are committed to resolving this matter.

    We sincerely thank the Court for its time and any consideration they give under the circumstances.

                Respectfully Submitted,
                Ronald D. Weiss, P.C.

                *Misty McManus*
                Misty McManus
                Paralegal